IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20877
USDC No. H-97-CV-2335
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

RUBEN DARIO SANCHEZ,

                              Defendant-Appellant.

----------------------

Appeal from the United States District Court
for the Southern District of Texas

----------------------
July 2, 1998

Before JONES, SMITH and BARKSDALE, Circuit Judges.

PER CURIAM:

Ruben Dario Sanchez, federal prisoner #60156-079, seeks to appeal the district court's dismissal of his motion to vacate his sentence pursuant to 28 U.S.C. § 2255. This court must examine the basis of its subject-matter jurisdiction on its own motion if necessary. Giannakos v. M/V BRAVO TRADER, 762 F.2d 1295, 1297 (5th Cir. 1985). Under the Antiterrorism and Effective Death Penalty Act (AEDPA), a prisoner seeking to file a second or successive § 2255 motion in the district court must apply for leave to do so from this court. 28 U.S.C. §§ 2244(b)(3)(A),

2255.  Because Sanchez had not obtained prior permission from this court to file his successive § 2255 motion, the district court was without jurisdiction to entertain his successive § 2255 motion.  See id.  A certificate of appealability is GRANTED, and the district court's judgment is VACATED.  The case is REMANDED to the district court for the entry of a judgment dismissing Sanchez's successive § 2255 motion for lack of subject matter jurisdiction.